*E-FILED: August 26, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINA M. GRAY, DAVID A. ZAMORA, and PRINCE SONG CAMBILARGIU,<br><br>Plaintiffs,<br><br>v.<br><br>LA SALLE BANK NA AS TRUSTEE FOR WAMU 2006-AR19, et al.,<br><br>Defendants. | No. C13-03692 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiffs have moved for a permanent injunction, requesting immediate relief. Because not all parties have consented to proceed before a magistrate judge, the undersigned lacks jurisdiction to hear plaintiffs' application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.

Dated: August 26, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE