UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINA M. GRAY, *et al.*, | ) Case No.: 13-CV-03692-LHK |
| Plaintiffs, | ) ORDER RE: RELATED CASE |
| v. | ) REFERRAL |
| LA SALLE BANK NA, *et al.*, | ) |
| Defendants. | ) |

Pursuant to Civil Local Rule 3-12(c), Case No. 13-CV-04630-WHO has been referred to the undersigned judge for consideration of whether the case is related to Case No. 13-CV-03692-LHK. Any party wishing to file a statement in support of or opposition to this referral shall file (and serve on all parties in each of the two actions) its statement by no later than Friday, November 8, 2013, after which the matter will be taken under submission.

**IT IS SO ORDERED.**

Dated: November 4, 2013

_____
LUCY H. KOH
United States District Judge